# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| John M. Kurkowski, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:21-cv-00131-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Wells Fargo Bank, N.A., | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2021 Order.

November 5, 2021

_____
Frank G. Johns, Clerk
United States District Court